

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2014

No. 04-14-00881-CR

**EX PARTE** Shawn **SANDERS**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice

On December 17, 2014, relator filed a petition for writ of habeas corpus. The court has considered relator's petition and has determined that it is without jurisdiction to consider the relief requested. Accordingly, relator's petition for writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 19th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2012CR5452, styled *The State of Texas v. Shawn L. Sanders*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip A. Kazen Jr. presiding.